IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**TABARI JERMANE WOODS, #K8792**                                                **PLAINTIFF**

**VERSUS**                                            **CIVIL ACTION NO. 4:07-cv-119-DPJ-JCS**

**MERRIAN CARMICHAEL**                                                        **DEFENDANT**

FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. As reflected in the Memorandum Opinion and Order of the Court issued this day, Plaintiff's claims are not cognizable under 42 U.S.C. § 1983. Consequently, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(ii), with prejudice, as frivolous and for failure to state a claim upon which relief may be granted.

Since this case is dismissed in accordance with the above mentioned provision of the Prison Litigation Reform Act, it will be counted as a "strike" pursuant to 28 U.S.C. § 1915(g).

**SO ORDERED AND ADJUDGED** this the 30th day of November, 2007.

                                                         s/ *Daniel P. Jordan III*
                                                         UNITED STATES DISTRICT JUDGE